AUSTELL et al. v. LANGSTON.

BECK, J. From the allegations of a petition to revive a dormant judg-
ment it appears that suit was brought in the superior court of Cobb
county against A. & Co., a firm composed of A., B., and C.; that before
judgment was rendered in that action A. died, and judgment was taken
against the firm and against the surviving partners of the firm.   B.
and C., who were non-residents of the county where the judgment
sought to be revived was rendered, were duly served in the proceedings
to revive the judgment, and appeared and demurred on the ground that
it appeared from the petition that the original judgment was against
A. & Co. and that A. & Co. had not been served and' was not a party
to the proceedings.   Held, that the judge did not err in overruling
the demurrer and in adjudging that the dormant judgment should be
revived.

*Judgment affirmed. All the Justices concur.*

Argued July 6, 1909.—Decided January 12, 1910.

Revival of judgment.   Before Judge Gober.   Cobb superior
court.   November 16, 1908.

*W. R. Power,* for plaintiffs in error.

*Horton Brothers & Burress,* contra.